DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARKEIS DAVEON LEVATTE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0766

_____

April 17, 2026

Appeal from the Circuit Court for Hillsborough County; Nick Nazaretian, Judge.

Brooke Elvington of Elvington Law, Dunedin, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa (withdrew after briefing); Lara E. Breslow, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

    Affirmed.

BLACK, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.